944

No. 611, Misc. COTTLO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 613, Misc. THOMAS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 614, Misc. COONTS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 617, Misc. SHANNON v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 622, Misc. NASH v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 635, Misc. CANTRELL v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 636, Misc. COMBS v. FIELD, MEN's COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 637, Misc. MARVEL v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 653, Misc. MASTERSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 661, Misc. KAMSLER v. STAMOS, STATE'S ATTORNEY FOR COOK COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 664, Misc. HALE v. GOTTEN. C. A. 6th Cir. Certiorari denied. *Charles M. Murphy, Jr.,* for petitioner. *Robert L. Green* for respondent.